■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. NATE VENTIMIGLIA, Appellant.— Appeal from a judgment of the Supreme Court, Queens County, rendered January 23, 1967, convicting defendant of criminally concealing and withholding stolen and wrongfully acquired property as a misdemeanor, upon his guilty plea, and imposing sentence. Judgment reversed, on the law, and action remitted to the Criminal Term for the purpose of (a) holding

a hearing upon defendant's motion to withdraw his plea of guilty and (b) making a determination thereon *de novo*. The findings of fact below are affirmed. Under the circumstances of the case the court below should hold a hearing and inquire fully into defendant's reasons for desiring to withdraw his plea of guilty prior to sentencing (cf. *People* v. *Burton,* 28 A D 2d 686; *People* v. *Borges,* 28 A D 2d 735). We express no opinion as to the matter which may develop at the hearing. Hopkins, Benjamin and Martuscello, JJ., concur; Beldock, P. J., and Rabin, J., dissent and vote to affirm the judgment.